```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY WESLEY JACKLINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:05-cr-058 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING CASE AND EXCLUDING<br>) TIME |
| TIMOTHY WESLEY JACKLINE, | ) |
| Defendant. | ) Date: June 10, 2005<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant TIMOTHY WESLEY JACKLINE, that the status conference scheduled for June 10, 2005, was vacated at the request of the parties, subject to this stipulation requesting that the matter be placed on this court's criminal calendar on August 5, 2005, for status conference, in order to permit further discussions between counsel with respect to possible resolution of the case, and to permit time for further investigation being conducted by the defense.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act be excluded from June 10, 2005, through and including August 5,
3 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
4 **IT IS SO STIPULATED.**

```
Dated:  June 21, 2005              /S/ William S. Wong
                                   Assistant United States Attorney
                                   Counsel for Plaintiff
                                   (signed by jls per oral authorization)


Dated:  June 21, 2005              /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   TIMOTHY WESLEY JACKLINE
```

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 21, 2005

```
                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```

Stipulation and Order                          2