```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  TIMOTHY WESLEY JACKLINE

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-058 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| TIMOTHY WESLEY JACKLINE, | ) | |
| | ) | |
| Defendant. | ) | Date: September 2, 2005 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant TIMOTHY WESLEY JACKLINE, that the status conference scheduled for August 5, 2005, was vacated at the request of the parties, subject to this stipulation requesting that the matter be placed on this court's criminal calendar on September 2, 2005, for status conference.  That continuance was agreed to in order to permit further discussions between counsel with respect to possible resolution of the case,

1  and to permit time for further investigation being conducted by the defense.

2  After the matter was dropped from calendar defense counsel learned
3  that he would be out of the district attending a conference in Chicago on
4  September 2, 2005, and that he would be unavailable for that reason.  Counsel
5  have since conferred and agreed to request that this matter be placed on
6  calendar on September 9, 2005.

7  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
8  Trial Act be excluded from August 5, 2005, through and including September 9,
9  2005,  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

10  **IT IS SO STIPULATED**.

11
    Dated:  August 26, 2005                /S/ William S. Wong
12                                          Assistant United States Attorney
                                            Counsel for Plaintiff
13                                          (signed by jls per oral authorization)

14

15  Dated:  August 26, 2005                /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
16                                          Assistant Federal Defender
                                            Attorney for Defendant
17                                          TIMOTHY WESLEY JACKLINE

18
                                **O R D E R**
19
        **IT IS SO ORDERED**.
20
    Dated:  August 30, 2005
21

22                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
23                                          United States District Judge

24

25

26

27

28

Stipulation and Order                       2