```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY WESLEY JACKLINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-058 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE, SETTING MOTIONS BRIEFING SCHEDULE AND EXCLUDING TIME |
| TIMOTHY WESLEY JACKLINE, | |
| Defendant. | Date: September 9, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant TIMOTHY WESLEY JACKLINE, that the status conference scheduled for September 9, 2005, be vacated at the request of the parties, subject to this stipulation requesting that the matter be placed on this court's criminal calendar on October 28, 2005, for motions argument and/or hearing, and for status conference.

**IT IS FURTHER STIPULATED** that the following briefing schedule be established:

| | |
|---|---:|
| **Defendant's motions to be filed not later than** | **September 30, 2005** |
| **Government's Opposition to be filed not later than** | **October 14, 2005** |
| **Defendant's Reply to be filed not later than** | **October 21, 2005** |
| **Argument /Hearing / Hearing Setting** | **October 28, 2005** |

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from September 9, 2005, through and including October 28, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4,. Upon the filing of motions and continuing until the disposition thereof, time will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F), Local Code E.

**IT IS SO STIPULATED.**

Dated: September 8, 2005          /S/ William S. Wong
                                  Assistant United States Attorney
                                  Counsel for Plaintiff
                                  (signed by jls per oral authorization)

Dated: September 8, 2005          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  TIMOTHY WESLEY JACKLINE

**IT IS SO ORDERED.**

Dated: September 8, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation, Briefing Schedule, and Order 2