Case 2:05-cr-00058-GEB-KJN   Document 21   Filed 12/16/05   Page 1 of 2

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>             Plaintiff,     )<br>                            )<br>             v.             )<br>                            )<br>TIMOTHY WESLEY JACKLINE,    )<br>                            )<br>             Defendant.     )<br>_____) | CR S-05-058 GEB<br><br>STIPULATION AND ORDER RESETTING<br>STATUS CONFERENCE, AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Timothy Wesley Jackline, through his counsel of record, Jeffrey Staniels, Assistant Federal Defender, hereby stipulate and agree to the following revised schedule:

1. Further status conference and/or entry of plea on January 13, 2006, at 9:00 a.m; and

2. The previously scheduled dates for hearing on motions shall be vacated.

The parties need further time to resolve and complete investigation that may impact the sentence in this case and, therefore, need additional time for further investigation.

1

1  Accordingly, the parties stipulate that time be excluded for the
2  pendency of the previously filed motion pursuant to 18 U.S.C. §
3  3161(h)(1)(F) and Local Code E - delay resulting from any pending
4  pretrial motion, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
5  - additional time to conduct further investigation regarding issues
6  that may impact sentence.
7  IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: December 14, 2005       By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

DATED: December 14, 2005       By:  /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Attorney for Defendant
                                    TIMOTHY WESLEY JACKLINE

_____

**ORDER**

   UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the hearing on the motion be continued as set forth above and that this matter be set for further status conference and/or entry of plea as set forth above.

   The Court finds excludable time as set forth above to and including January 13, 2006.

   **IT IS SO ORDERED.**

Dated:  December 15, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2