DANIEL J. BRODERICK, Bar# 89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
TIMOTHY WESLEY JACKLINE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-0058-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND |
| v. | ) | [PROPOSED] ORDER CONTINUING CASE |
| | ) | AND EXCLUDING TIME |
| TIMOTHY WESLEY JACKLINE, | ) | |
| | ) | |
| Defendant. | ) | Date:  April 14, 2005 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant TIMOTHY WESLEY JACKLINE, that the status conference scheduled for March 31, 2006, be vacated and that the matter be placed on this court's criminal calendar on April 14, 2006, for status conference.  That continuance was agreed to in order to permit further discussions between counsel with respect to possible resolution of the case, and to permit time for further investigation being conducted by the defense.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from March 31, 2006, through and including April 14, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: March 30, 2006        DANIEL J. BRODERICK
                             Acting Federal Defender


                             /S/ Dennis S. Waks
                             DENNIS S. WAKS
                             Supervising Assistant Federal Defender
                             Attorney for Defendant
                             TIMOTHY WESLEY JACKLINE


                             McGREGOR W. SCOTT
                             United States Attorney

Dated: March 30, 2006        /S/ DENNIS S. WAKS for William Wong
                             Assistant United States Attorney
                             Counsel for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

Dated: April 25, 2006

                             /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge

Stipulation and Order                    2