DANIEL J. BRODERICK, Bar# 89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
TIMOTHY WESLEY JACKLINE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-0058-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| TIMOTHY WESLEY JACKLINE, | ) | |
| | ) | |
| Defendant. | ) | Date:  May 12, 2005 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant TIMOTHY WESLEY JACKLINE, that the status conference scheduled for April 28, 2006, be vacated and that the matter be placed on this court's criminal calendar on May 12, 2006, for status conference.  That continuance was agreed to in order to permit further discussions between counsel with respect to possible resolution of the case, and to permit time for further investigation being conducted by the defense.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from April 28, 2006, through and including May 12, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: April 27, 2006                    DANIEL J. BRODERICK
                                         Acting Federal Defender


                                         /S/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal Defender
                                         Attorney for Defendant
                                         TIMOTHY WESLEY JACKLINE


                                         McGREGOR W. SCOTT
                                         United States Attorney


Dated: April 27, 2006                    /S/ DENNIS S. WAKS for William Wong
                                         WILLIAM WONG
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 10, 2006

                                         /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

Stipulation and Order                    2