```
DANIEL J. BRODERICK, Bar# 89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
TIMOTHY WESLEY JACKLINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 05-0058-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| TIMOTHY WESLEY JACKLINE, | ) | Date:  June 9, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Supervising Assistant Federal Defender, DENNIS S. WAKS, counsel for Defendant TIMOTHY WESLEY JACKLINE, that the status conference scheduled for May 26, 2006, be vacated and that the matter be placed on this court's criminal calendar on June 9, 2006, for status conference.  That continuance was agreed to in order to permit further discussions between counsel with respect to possible resolution of the case, and to permit time for further investigation being conducted by the defense.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from May 26, 2006, through and including June 9, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: May 25, 2006                     DANIEL J. BRODERICK
                                        Acting Federal Defender


                                        /S/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        TIMOTHY WESLEY JACKLINE


                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: May 25, 2006                     /S/ DENNIS S. WAKS for William Wong
                                        WILLIAM WONG
                                        Assistant United States Attorney
                                        Counsel for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

Dated: June 2, 2006


                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge