UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>TIMOTHY WESLEY JACKLINE,<br><br>        Defendant. | 2:05-CR-00058-GEB<br><br>ORDER |

        Since Defendant has not shown the Court has jurisdiction to decide the motion he filed on December 8, 2008, the motion is denied.

        IT IS SO ORDERED.

Dated: December 11, 2008

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

1